**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  PETER P. BIANCHI          §     Case No. 08-73288
       CANDACE L. BIANCHI    §
                             §
           Debtors           §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on <u>10/14/2008</u>.

2) The plan was confirmed on <u>01/15/2009</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on <u>01/01/1900.</u>

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>11/02/2009, 07/06/2010, 01/06/2011.</u>

5) The case was converted on <u>02/18/2011</u>.

6) Number of months from filing or conversion to last payment: <u>23</u>.

7) Number of months case was pending: <u>29</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$27,400.00</u>.

10) Amount of unsecured claims discharged without full payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 10,600.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 10,600.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 688.33 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,188.33 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CITIMORTGAGE INC | Sec | 6,025.00 | 5,517.38 | 5,517.38 | 331.02 | 0.00 |
| ECAST SETTLEMENT | Uns | 5,000.00 | 5,616.30 | 5,616.30 | 0.00 | 0.00 |
| OGLE COUNTY TREASURER | Sec | 4,426.00 | 4,426.00 | 4,426.00 | 1,333.57 | 1,025.58 |
| WEBSTER BANK | Sec | 2,180.00 | 2,180.00 | 2,180.00 | 130.80 | 0.00 |
| WINNEBAGO CO SCHOOL CREDIT | Sec | 8,200.00 | 8,200.00 | 8,200.00 | 2,536.39 | 1,054.31 |
| WINNEBAGO CO SCHOOL CREDIT | Uns | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Uns | 987.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 3,779.84 | 3,779.84 | 3,779.84 | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS, INC. | Uns | 214.74 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 11,714.37 | 12,050.16 | 12,050.16 | 0.00 | 0.00 |
| ARROW FINANCIAL | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 394.30 | 402.40 | 402.40 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 2,263.99 | 2,263.99 | 2,263.99 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,751.27 | 1,751.27 | 1,751.27 | 0.00 | 0.00 |
| CERTEGY CHECK SERVICES, INC. | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 17,500.00 | 10,611.76 | 10,611.76 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 10,639.00 | 10,639.68 | 10,639.68 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CORPORATE RECEIVABLES INC. | Uns | 6,931.79 | NA | NA | 0.00 | 0.00 |
| CREDITHRIFT OF AMERICA | Uns | 3,095.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 1,261.47 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 1,098.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 7,265.35 | 7,485.55 | 7,485.55 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,571.00 | 1,571.08 | 1,571.08 | 0.00 | 0.00 |
| MASSEYS | Uns | 427.75 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 7,115.05 | 7,115.05 | 7,115.05 | 0.00 | 0.00 |
| MONROE & MAIN | Uns | 210.00 | 210.70 | 210.70 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 1,311.57 | 831.58 | 831.58 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 534.41 | 570.50 | 570.50 | 0.00 | 0.00 |
| QM READERS SERVICE | Uns | 384.62 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 72.45 | 111.34 | 111.34 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 168.67 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 65.70 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,128.00 | 2,551.14 | 2,551.14 | 0.00 | 0.00 |
| TELECHECK BANKRUPTCY DEPT. | Uns | 338.03 | NA | NA | 0.00 | 0.00 |
| U.S. CELLULAR | Uns | 479.43 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 7,488.37 | 1,826.81 | 1,826.81 | 0.00 | 0.00 |
| WINNEBAGO COUNTY SCHOOLS C. | Uns | 5,800.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Uns | 2,263.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 874.37 | 874.37 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 0.00 | 570.09 | 570.09 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 0.00 | 3,119.63 | 3,119.63 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 277.55 | 277.55 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 5,694.86 | 5,694.86 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | 8,505.37 | 8,505.37 | 0.00 | 0.00 |
| MONTGOMERY WARD | Uns | 0.00 | 408.59 | 408.59 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 479.99 | 479.99 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 7,697.38 | $ 461.82 | $ 0.00 |
| Debt Secured by Vehicle | $ 8,200.00 | $ 2,536.39 | $ 1,054.31 |
| All Other Secured | $ 4,426.00 | $ 1,333.57 | $ 1,025.58 |
| **TOTAL SECURED:** | $ 20,323.38 | $ 4,331.78 | $ 2,079.89 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 89,319.60 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,188.33 |
| Disbursements to Creditors | $ 6,411.67 |
| **TOTAL DISBURSEMENTS:** | $ 10,600.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  03/14/2011         By:  /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)